UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10008-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY DARNELL MILLS,

    Defendant.



FILED by ___ D.C.
FEB 2 3 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER MODIFYING CONDITIONS OF BOND

THIS CAUSE is before the Court sua sponte. The defendant's special conditions on the bonds ($25,000 CSB with Nebbia and $350,000 PSB co-signed by the defendant's mother) did not reflect that the defendant is permitted to work. Therefore, it is hereby

ORDERED AND ADJUDGED that defendant **Corey Darnell Mills'** bond is modified as follows: The defendant is to maintain or seek full-time employment. All other conditions of bond remain in full force and effect.

DONE AND ORDERED in the Southern District of Florida, this 23rd day of February, 2007.

                                      LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Norman Hemming (MIA)
Martin Feigenbaum, Esq.
Probation (MIA & KW)